MAURICE NELLIGAN, Respondent, *v.* JAMES NELLIGAN,
Appellant.

*Nelligan* v. *Nelligan*, 30 App. Div. 621, appeal withdrawn.
(Submitted May 7, 1900; decided May 11, 1900.)

MOTION to withdraw an appeal from a judgment of the
Appellate Division of the Supreme Court in the third judicial
department, entered May 7, 1898, affirming a judgment in
favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that, in view of
recent decisions of the Court of Appeals, appellant is advised
that said court has no jurisdiction to hear the appeal.

*Dean & Horton* for motion.

*Edward N. Jackson* opposed.

Motion granted on payment of costs to be taxed up to this
time and ten dollars costs of motion.

———

WILLIAM BOYLE, Appellant, *v.* STATEN ISLAND AND SOUTH
BEACH LAND COMPANY, Limited, Respondent.

Reported below, 17 App. Div. 624.
(Submitted May 7, 1900; decided May 11, 1900.)

MOTION to withdraw an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judicial
department, entered June 10, 1898, reversing a judgment in
favor of plaintiff entered upon the report of a referee.

The motion was made upon the ground that, in view of
recent decisions of the Court of Appeals, appellant is advised
that said court has no jurisdiction to hear the appeal.

*Cary & Whitridge* for motion.

*Robert L. Harrison* opposed.

Motion denied, with ten dollars costs.